68,798-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

13 March 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Tx 78711

Re: Ex Parte Gerald E. Gilbert
    Habeas Corpus Cause No. 958955-A
    Trial Cause No. 958955

Dear Mr. Acosta:

Please send me white cards or a statement that give me
the date my writ was filed with the Court, and the date
the court rendered its decision.

Respectfully,

Gerald E. Gilbert
U.S. Citizen